IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEO SIDES, both INDIVIDUALLY and as** | : | **CIVIL ACTION** |
| **the ADMINISTRATOR of the ESTATE** | : | |
| **of CHRISTOPHER SIDES,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 12-6330 |
| | : | |
| **HARLEY-DAVIDSON, USA, et al.,** | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this  15th  day of May, 2013, **IT IS HEREBY ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue of Defendant Cooper Tire & Rubber Company Europe Limited is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** to the extent that it seeks dismissal of the Complaint of Plaintiff Leo Sides, both individually and as the Administrator of the Estate of Christopher Sides for lack of personal jurisdiction, as against Cooper Tire & Rubber Company Europe Limited.  The Motion is **DENIED AS MOOT** in all other respects.

The Complaint of Plaintiff Leo Sides, both individually and as the Administrator of the Estate of Christopher Sides is **DISMISSED** as against Defendant Cooper Tire & Rubber Company Europe Limited.

BY THE COURT:

  /s/ Lynne A. Sitarski  
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE